```
JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY GOODWILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1-20; ROE CORPORATIONS 1-20,<br>inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01183-GMN-CWH<br><br><br><br>**STIPULATION AND ORDER TO**<br>**EXTEND THE DEADLINE TO FILE THE**<br>**JOINT PRE-TRIAL ORDER** |

　　　　WHEREAS, pursuant to the Order of this Court, the parties were to file a Joint Pre-Trial Order on or before March 24, 2017; and

　　　　WHEREAS the parties are requesting additional time to complete and file the Joint Pre-Trial Order, so that it can be done in a meaningful and thorough manner; and

　　　　WHEREAS the parties have agreed to engage in a private mediation on April 25, 2017 and believe that there is a substantial likelihood that the mediation will be successful; and

　　　　WHEREAS, the parties do not enter into the Stipulation to cause any undue delay;

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Alison M. Brasier, Esq. of the law firm CLOWARD HICKS & BRASIER, PLLC as counsel for Plaintiff JUDY GOODWILL, and

/ / /

/ / /

/ / /

/ / /

CLAC 3927682.1

Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for filing the Joint Pre-Trial order be extended until May 2, 2017 (one week after the mediation).

Respectfully submitted this 24th day of March, 2017.

| CLOWARD HICKS & BRASIER, PLLC | COOPER LEVENSON, P.A |
|---|---|
| /s/ Alison M. Brasier<br>ALISON M. BRASIER, ESQ.<br>Nevada Bar No. 10522<br>4101 Meadows Lane - Suite 210<br>Las Vegas, NV 89107<br>(702) 628-9888<br>Attorneys for Plaintiff<br>JUDY GOODWILL | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 27, 2017

CLAC 3927682.1

2