**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY GOODWILL, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SMITH'S FOOD & DRUG CENTERS, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cv-01183-GMN-CWH <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman, (ECF No. 25), which states that Defendant Smith's Food & Drug Centers, Inc.'s Motion to Enforce Settlement, (ECF No. 19), should be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 25), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant Smith's Food & Drug Centers, Inc.'s Motion to Enforce Settlement, (ECF No. 19), is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall have until February 19, 2018, to file a stipulation of dismissal or a joint status report explaining why dismissal documents have not been filed.

**DATED** this __22__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge